UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL RODRIGUEZ-ARANGO,

    Plaintiff,

v.                                                  Case No. 2:17-cv-14049
                                                  Hon. Arthur J. Tarnow

STATE OF MICHIGAN,

    Defendants.
_____/

## OPINION AND ORDER OF SUMMARY DISMISSAL WITHOUT PREJUDICE

This is a civil action brought by Michael Rodrigez-Arango, a state prisoner incarcerated at the Saginaw Correctional Facility. On December 19, 2017, the Court issued an order to correct Plaintiff's filing deficiency because Plaintiff did not submit the filing fee or a properly supported application for leave to file in forma pauperis. Dkt. 3. Plaintiff was given until January 18, 2018, to correct the filing deficiency or face dismissal of his action. Plaintiff has not complied with the order.

Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution. See Fed. R. Civ. P. 41(b), *Erby v. Kula*, 113 Fed. Appx. 74, 75-6 (6th Cir. 2004); *Davis v. United States*, 73 Fed. Appx. 804, 805 (6th Cir. 2003).

**SO ORDERED.**

                    S/Arthur J. Tarnow
                    Arthur J. Tarnow
                    Senior United States District Judge

Dated: March 8, 2018

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on March 8, 2018, by electronic and/or ordinary mail.

                    S/Catherine A. Pickles
                    Judicial Assistant